WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
MARC HAWS, IDAHO STATE BAR NO. 2483
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375

U.S. COURTS

APR 0 9 2014

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRON PARDON,<br>BRANDT STEWART, and<br>MATTHEW LANE,<br><br>Defendants. | Case No. CR 14-0076-S BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 982(a)(2)(B)<br>18 U.S.C. § 1028A<br>18 U.S.C. § 1029(a)(1)(2)(3) and (c)(1)<br>18 U.S.C. § 1343<br>18 U.S.C. § 1956(a)(1)(A)(i), (B)(i) and (h) |

The Grand Jury charges:

## COUNTS ONE THROUGH TWENTY-FIVE
## DEFENDANT MYRON PARDON

**Fraud and Related Activity in Connection with Access Devices**
**18 U.S.C. § 1029(a)(1); 18 U.S.C. § 2**

On or about December 21, 2013 through February 5, 2014, in the District of Idaho and elsewhere, defendant MYRON PARDON did knowingly use with intent to defraud, and was aided and abetted by others, including BRANDT STEWART and MATTHEW LANE, in the use

INDICTMENT - 1

of, counterfeit and unauthorized access devices, more specifically described as counterfeit and altered credit and debit cards, said use affecting interstate and foreign commerce. The uses of these cards are more specifically described below.

| Count | Date/Time | Location | Amount | Credit Card # | Victim Bank |
|---|---|---|---|---|---|
| 1 | 12/21/13, 12:59 | Home Depot Twin Falls | $423.80 | 7534 | Chase |
| 2 | 12/21/13, 13:00 | Home Depot Twin Falls | $426.97 | 2985 | Capital One |
| 3 | 12/21/13, 13:02 | Home Depot Twin Falls | $426.97 | 1938 | Chase |
| 4 | 12/21/13, 21:05 | North Face Boise | $519.40 | 7451 | BOA |
| 5 | 12/21/13, 21:07 | North Face Boise | $315.88 | 1859 | Chase |
| 6 | 12/22/13, 09:49 | Home Depot Nampa | $350.09 | 5839 | Capital One |
| 7 | 12/22/13, 12:59 | Home Depot Meridian | $430.13 | 7987 | Capital One |
| 8 | 12/22/13, 13:03 | Home Depot Meridian | $590.83 | 6966 | Capital One |
| 9 | 2/3/14, 14:20 | Fred Meyer Boise (Franklin) | $2,029.09 | 2885 | UOB |
| 10 | 2/3/14, 14:51 | Rite Aid Boise (Fairview) | $6.34 | 2885 | UOB |
| 11 | 2/3/14, 15:11 | Fred Meyer Boise (Overland) | $2,539.27 | 2885 | UOB |
| 12 | 2/3/14, 15:12 | Fred Meyer Boise (Overland) | $2,533.24 | 2885 | UOB |
| 13 | 2/3/14, 15:45 | Fred Meyer Garden City (Chinden) | $2,529.75 | 2885 | UOB |
| 14 | 2/3/14, 15:47 | Fred Meyer Garden City (Chinden) | $2,540.33 | 2885 | UOB |
| 15 | 2/3/14, 18:46 | Fred Meyer Boise (Franklin) | $2,532.07 | 6515 | UOB |
| 16 | 2/3/14, 20:20 | Rite Aid Boise (Vista) | $1,011.90 | 4009 | BOM |
| 17 | 2/3/14, 20:21 | Rite Aid Boise (Vista) | $1,011.90 | 4009 | BOM |
| 18 | 2/3/14, 20:24 | Rite Aid Boise (Vista) | $1,011.90 | 4009 | BOM |
| 19 | 2/3/14, 20:25 | Rite Aid Boise (Vista) | $1,011.90 | 4009 | BOM |

INDICTMENT - 2

| 20 | 2/3/14, 20:25 | Rite Aid Boise (Vista) | $1,011.90 | 4009 | BOM |
| 21 | 2/3/14, 20:47 | Rite Aid Boise (Boise Ave) | $1,011.90 | 7706 | UOB |
| 22 | 2/3/14, 20:47 | Rite Aid Boise (Boise Ave) | $1,011.90 | 7706 | UOB |
| 23 | 2/3/14, 20:50 | Rite Aid Boise (Boise Ave) | $1,011.90 | 9395 | UOB |
| 24 | 2/5/14, 09:26 | Home Depot Twin Falls | $432.28 | 0943 | Chase |
| 25 | 2/5/14, 09:28 | Home Depot Twin Falls | $423.80 | 5726 | Chase |

The "Victim Bank" abbreviations refer to: Bank of America ("BOA"); JP Morgan Chase ("Chase"); United Overseas Bank ("UOB"); Capital One ("Capital One"); and Bank of Montreal ("BOM").

All in violation of Title 18, United States Code, Section 1029(a)(1), and Section 2.

## COUNTS TWENTY-SIX THROUGH THIRTY-SIX
## DEFENDANT MYRON PARDON

### Aggravated Identity Theft
### 18 U.S.C. § 1028A

On or about December 21, 2013 through February 5, 2014, in the District of Idaho and elsewhere, defendant MYRON PARDON did, without lawful authority, knowingly possess and use a means of identification of other persons, to wit, the access device/account numbers of real account holders, as set forth below by their first and last initials, during and in relation to a felony violation enumerated in 18 U.S.C § 1028A(c), that being, access device fraud in violation of 18 U.S.C. § 1029(a)(1) as alleged in Counts One through Twenty-Five, which counts are incorporated herein by reference.

INDICTMENT - 3

| Count | Related Count | Date/Time | Credit Card # | Victim Name |
|---|---|---|---|---|
| 26 | 1 | 12/21/13, 12:59 | 7534 | S.P. |
| 27 | 3 | 12/21/13, 13:02 | 1938 | R.D. |
| 28 | 4 | 12/21/13, 21:05 | 7451 | G.B. |
| 29 | 5 | 12/21/13, 21:07 | 1859 | S.B. |
| 30 | 16 | 2/3/14, 20:20 | 4009 | R.C. |
| 31 | 17 | 2/3/14, 20:21 | 4009 | R.C. |
| 32 | 18 | 2/3/14, 20:24 | 4009 | R.C. |
| 33 | 19 | 2/3/14, 20:25 | 4009 | R.C. |
| 34 | 20 | 2/3/14, 20:25 | 4009 | R.C. |
| 35 | 24 | 2/5/14, 09:25 | 0943 | S.B. |
| 36 | 25 | 2/5/14, 09:28 | 5726 | M.N. |

All in violation of Title 18, United States Code, Section 1028A, and Section 2.

## COUNTS THIRTY-SEVEN THROUGH FORTY
## DEFENDANT MYRON PARDON

### Wire Fraud
### 18 U.S.C. § 1343

Chase Bank, CitiBank, and US Bank are nationally chartered and federally insured banks with a number of branches in the District of Idaho. Chase Bank, CitiBank, and US Bank conduct interstate and international financial transactions. United Overseas Bank is a financial institution with incorporation and headquarters in Singapore. UOB conducts international financial transactions.

Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face are national retail stores which use federally insured banks with a number of branches in the District of Idaho.

During all times relevant to this indictment, defendant MYRON PARDON was not a resident of the District of Idaho, but may have been a resident of the Eastern District of Michigan or elsewhere.

INDICTMENT - 4

### The Scheme

From on or about December 21, 2013 through February 5, 2014, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE devised and intended to devise a scheme to defraud national retail stores, including but not limited to: Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face, and to defraud financial institutions, including but not limited to: CitiBank, Chase Bank, UOB and US Bank, and worked this scheme in order to obtain money and property by means of materially false and fraudulent pretenses, and by making materially false and fraudulent representations and promises, by using fraudulently obtained credit card information, using fictitious names and identification, causing charges and debits to counterfeit and altered credit and debit cards, and by transferring funds in and out of customers' accounts, all without the permission and authorization of said customers, retail stores, or banks.

### Manner and Means

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, fraudulently obtained personal credit card information belonging to numerous individuals.

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, created counterfeit and altered credit and debit cards using the fraudulently obtained personal credit card information.

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and

INDICTMENT - 5

co-conspirators both known and unknown, traveled to cities and states, including in the District of Idaho and elsewhere, by means of rental cars and airlines.

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, entered retail stores including, but not limited to: Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face, with fraudulently obtained credit card information, fraudulently created counterfeit and altered credit and debit cards, and fictitious identification cards with the intent to use said items.

On or about December 21, 2013, defendant MYRON PARDON caused a wire transfer of $315.88 for purchase of clothing at North Face in the District of Idaho.

On or about February 3, 2014, defendant MYRON PARDON caused a wire transfer of $2,532.07 for purchase of five (5) $500 MasterCard gift cards at Fred Meyer in the District of Idaho.

## Use of Interstate Wire Transmissions

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendant MYRON PARDON, and co-conspirators both known and unknown, including BRANDT STEWART AND MATTHEW LANE, for the purpose of executing, or attempting to execute, the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate offense and count of this Indictment:

| Count | Related Count | Date/Time | Credit Card # | Victim Bank |
|---|---|---|---|---|
| 37 | 5 | 12/21/13, 21:07 | 1859 | Chase |
| 38 | 15 | 2/3/14, 18:46 | 6515 | UOB |
| 39 | 24 | 2/5/14, 09:26 | 0943 | Chase |
| 40 | 25 | 2/5/14, 09:28 | 5726 | Chase |

INDICTMENT - 6

The "Victim Bank" abbreviations refer to: JP Morgan Chase ("Chase"); and United Overseas Bank ("UOB").

All in violation of Title 18, United States Code, Section 1343.

## COUNTS ONE HUNDRED THROUGH ONE HUNDRED EIGHT
## DEFENDANT BRANDT STEWART

**Fraud and Related Activity in Connection with Access Devices**
**18 U.S.C. § 1029(a)(1); 18 U.S.C. § 2**

On or about December 21, 2013 through February 5, 2014, in the District of Idaho and elsewhere, defendant BRANDT STEWART did knowingly use with intent to defraud, and was aided and abetted by others, including MYRON PARDON and MATTHEW LANE, in the use of, counterfeit and unauthorized access devices, more specifically described as counterfeit and altered credit and debit cards, said use affecting interstate and foreign commerce. The uses of these cards are more specifically described below.

| Count | Date/Time | Location | Amount | Credit Card # | Victim Bank |
|---|---|---|---|---|---|
| 100 | 12/21/13, 13:02 | Home Depot Twin Falls | $466.16 | 0737 | CitiBank |
| 101 | 12/21/13, 13:06 | Home Depot Twin Falls | $440.42 | 8181 | BOA |
| 102 | 12/22/13, 12:58 | Home Depot Meridian | $439.66 | 1920 | BOA |
| 103 | 12/22/13, 13:00 | Home Depot Meridian | $436.48 | 5410 | Chase |
| 104 | 2/3/14, 18:01 | Home Depot Twin Falls | $460.47 | 5326 | CitiBank |
| 105 | 2/4/14, 09:44 | Home Depot Boise (Fed Way) | $462.88 | 3058 | Chase |
| 106 | 2/4/14, 09:46 | Home Depot Boise (Fed Way) | $462.99 | 6626 | Chase |
| 107 | 2/4/14, 11:51 | Home Depot Boise (Milwaukee) | $471.68 | 2657 | Chase |
| 108 | 2/4/14, 11:53 | Home Depot Boise (Milwaukee) | $464.69 | 4763 | Chase |

INDICTMENT - 7

The "Victim Bank" abbreviations refer to: Bank of America ("BOA"); JP Morgan Chase ("Chase"); and CitiBank ("CitiBank").

All in violation of Title 18, United States Code, Section 1029(a)(1), and Section 2.

## COUNTS ONE HUNDRED NINE THROUGH ONE HUNDRED FIFTEEN
## DEFENDANT BRANDT STEWART

### Aggravated Identity Theft
### 18 U.S.C. § 1028A

On or about December 21, 2013 through February 5, 2014, in the District of Idaho and elsewhere, defendant BRANDT STEWART did, without lawful authority, knowingly possess and use a means of identification of other persons, to wit, the access device/account numbers of real account holders, as set forth below by their first and last initials, during and in relation to a felony violation enumerated in 18 U.S.C § 1028A(c), that being, access device fraud in violation of 18 U.S.C. § 1029(a)(1) as alleged in Counts One Hundred through One Hundred Eight, which counts are incorporated herein by reference.

| Count | Related Count | Date/Time | Credit Card # | Victim Name |
|---|---|---|---|---|
| 109 | 100 | 12/21/13, 13:02 | 0737 | S.S. |
| 110 | 103 | 12/22/13, 13:00 | 5410 | D.H. |
| 111 | 104 | 2/3/14, 18:01 | 5326 | D.A. |
| 112 | 105 | 2/4/14, 09:44 | 3058 | D.M. |
| 113 | 106 | 2/4/14, 09:46 | 6626 | D.M. |
| 114 | 107 | 2/4/14, 11:51 | 2657 | B.S. |
| 115 | 108 | 2/4/14, 11:53 | 4763 | N.B. |

All in violation of Title 18, United States Code, Section 1028A.

INDICTMENT - 8

## COUNTS ONE HUNDRED SIXTEEN THROUGH ONE HUNDRED EIGHTEEN
## DEFENDANT BRANDT STEWART

### Wire Fraud
### 18 U.S.C. § 1343

Chase Bank, CitiBank, and US Bank are nationally chartered and federally insured banks with a number of branches in the District of Idaho. Chase Bank, CitiBank, and US Bank conduct interstate and international financial transactions. United Overseas Bank is a financial institution with incorporation and headquarters in Singapore. UOB conducts international financial transactions.

Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face are national retail stores which use federally insured banks with a number of branches in the District of Idaho.

During all times relevant to this indictment, the defendant BRANDT STEWART, was not a resident of the District of Idaho, but may have been a resident of the Eastern District of Michigan or elsewhere.

### The Scheme

From on or about December 21, 2013 through February 5, 2014, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE devised and intended to devise a scheme to defraud national retail stores, including by not limited to: Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face, and to defraud financial institutions, including but not limited to: CitiBank, Chase Bank, UOB and US Bank, and working this scheme in order to obtain money and property by means of materially false and fraudulent pretenses, and by making materially false and fraudulent representations and promises, by using fraudulently obtained credit card information, using fictitious names and identification, causing charges and debits to counterfeit

INDICTMENT - 9

and altered credit and debit cards, and by transferring funds in and out of customers' accounts, all without the permission and authorization of said customers, retail stores, or banks.

## Manner and Means

On or about December 2013 to on or about February 2014, in the District of Idaho or elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, fraudulently obtained personal credit card information belonging to numerous individuals.

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, created counterfeit and altered credit and debit cards using the fraudulently obtained personal credit card information.

On or about December 2013 to on or about February 2014, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, traveled to cities and states, including the District of Idaho and elsewhere, by means of rental cars and airlines.

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, entered retail stores including, but not limited to: Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face, with fraudulently obtained credit card information, fraudulently created counterfeit and altered credit and debit cards, and fictitious identification cards with the intent to use said items.

INDICTMENT - 10

On or about February 4, 2014, defendant BRANDT STEWART caused a wire transfer of $464.69 for purchase of four (4) $100 Visa gift cards, a $25 Shell gas gift card, and additional items at Home Depot in the District of Idaho.

On or about February 4, 2014, defendant BRANDT STEWART caused a wire transfer of $462.99 for purchase of four (4) $100 American Express gift cards, a $25 Shell gas gift card, and additional items at Home Depot in the District of Idaho.

## Use of Interstate Wire Transmissions

On or about the respective dates shown below, in the District of Idaho and elsewhere, defendant BRANDT STEWART, for the purpose of executing, or attempting to execute, the scheme described above, caused to be transmitted by means of wire communications in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate offense and count of this Indictment:

| Count | Related Count | Date/Time | Credit Card # | Victim Bank |
|---|---|---|---|---|
| 116 | 106 | 2/4/14, 09:46 | 6626 | CitiBank |
| 117 | 107 | 2/4/14, 11:51 | 2657 | Chase |
| 118 | 108 | 2/4/14, 11:53 | 4763 | Chase |

The "Victim Bank" abbreviations refer to: JP Morgan Chase ("Chase"); and CitiBank ("CitiBank").

All in violation of Title 18, United States Code, Section 1343.

INDICTMENT - 11

## COUNT ONE HUNDRED NINETEEN
## DEFENDANT BRANDT STEWART

Access Device Fraud - Possession and Attempted Possession of
15 or More Counterfeit and Unauthorized Access Devices
18 U.S.C. § 1029(a)(3) and (c)(1); 18 U.S.C. § 2

On or about February 3, 2014 through February 5, 2014, in the District of Idaho and elsewhere, defendant BRANDT STEWART knowingly, and with intent to defraud, possessed and attempted to possess, affecting interstate and foreign commerce, fifteen (15) or more unauthorized access devices, as defined at Title 18, United States Code, Section 1029(e)(1) and (3), by possessing or attempting to possess a laptop computer that contains at least fifteen (15) unauthorized access device numbers along with the names of the true account holders, as set forth below by their first and last initials, in violation of Title 18, United States Code, Sections 1029(a)(3), and (c)(1)(A)(i).

| Credit Card # | Victim Name |
|---|---|
| 8106 | L.W. |
| 2476 | B.G. |
| 0835 | V.M. |
| 0217 | C.M. |
| 2338 | J.S. |
| 2842 | G.K. |
| 2938 | S.B. |
| 3040 | J.E. |
| 0481 | K.S. |
| 2856 | K.B. |
| 6053 | A.C. |
| 7435 | M.B. |
| 6379 | N.C. |
| 4853 | K.G. |
| 2875 | S.A. |

All in violation of Title 18, United States Code, Sections 1029(a)(3), and (c)(1); and Section 2.

INDICTMENT - 12

## COUNTS TWO HUNDRED THROUGH TWO HUNDRED EIGHT
## DEFENDANT MATTHEW LANE

### Fraud and Related Activity in Connection with Access Devices
### 18 U.S.C. § 1029(a)(1); 18 U.S.C. § 2

On or about February 3, 2014, in the District of Idaho and elsewhere, defendant MATTHEW LANE did knowingly use with intent to defraud, and was aided and abetted by others, including defendants BRANDT STEWART and MYRON PARDON, in the use of, counterfeit and unauthorized access devices, more specifically described as counterfeit and altered credit and debit cards, said use affecting interstate and foreign commerce. The uses of these cards are more specifically described below.

| Count | Date/Time | Location | Amount | Credit Card # | Victim Bank |
|---|---|---|---|---|---|
| 200 | 2/3/14, 14:16 | Fred Meyer Boise (Franklin) | $1,019.15 | 2907 | UOB |
| 201 | 2/3/14, 14:17 | Fred Meyer Boise (Franklin) | $1,011.90 | 2907 | UOB |
| 202 | 2/3/14, 15:16 | Fred Meyer Boise (Overland) | $1,015.81 | 2907 | UOB |
| 203 | 2/3/14, 15:17 | Fred Meyer Boise (Overland) | $1,011.90 | 2907 | UOB |
| 204 | 2/3/14, 15:46 | Fred Meyer Garden City (Chinden) | $2,533.66 | 2907 | UOB |
| 205 | 2/3/14 15:50 | Fred Meyer Garden City (Chinden) | $2,529.75 | 8855 | UOB |
| 206 | 2/3/14, 16:51 | Fred Meyer Nampa | $2,029.62 | 1339 | UOB |
| 207 | 2/3/14, 18:53 | Fred Meyer Boise (Franklin) | $2,029.62 | 1551 | UOB |
| 208 | 2/3/14, 18:55 | Fred Meyer Boise (Franklin) | $2,023.80 | 1551 | UOB |

The "Victim Bank" abbreviations refer to: United Overseas Bank ("UOB").

All in violation of Title 18, United States Code, Section 1029(a)(1), and Section 2.

INDICTMENT - 13

## COUNTS TWO HUNDRED NINE THROUGH TWO HUNDRED TWELVE
## DEFENDANT MATTHEW LANE

### Wire Fraud
### 18 U.S.C. § 1343

Chase Bank, CitiBank, and US Bank are nationally chartered and federally insured banks with a number of branches in the District of Idaho. Chase Bank, CitiBank, and US Bank conduct interstate and international financial transactions. United Overseas Bank is a financial institution with incorporation and headquarters in Singapore. UOB conducts international financial transactions.

Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face are national retail stores which use federally insured banks with a number of branches in the District of Idaho.

During all times relevant to this indictment, defendant MATHEW LANE was not a resident of the District of Idaho, but may have been a resident of the Eastern District of Michigan or elsewhere.

### The Scheme

From on or about December 21, 2013 through February 5, 2014, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE devised and intended to devise a scheme to defraud national retail stores, including but not limited to: Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face, and to defraud financial institutions, including but not limited to: CitiBank, Chase Bank, UOB and US Bank, and working this scheme in order to obtain money and property by means of materially false and fraudulent pretenses, and by making materially false and fraudulent representations and promises, by using fraudulently obtained credit card information, using fictitious names and identification, causing charges and debits to

INDICTMENT - 14

counterfeit and altered credit and debit cards, and by transferring funds in and out of customers' accounts, all without the permission and authorization of said customers, retail stores, or banks.

**Manner and Means**

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, fraudulently obtained personal credit card information on numerous individuals.

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, created counterfeit and altered credit and debit cards using the fraudulently obtained personal credit card information.

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, traveled to cities and states, including the District of Idaho and elsewhere, by means of rental cars and airlines.

On or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, entered retail stores including, but not limited to: Fred Meyer, Home Depot, Rite Aid, Shopko, and North Face, with fraudulently obtained credit card information, fraudulently created counterfeit and altered credit and debit cards, and fictitious identification cards with the intent to use said items.

INDICTMENT - 15

On or about February 3, 2014, defendant MATHEW LANE caused a wire transfer of $1,019.15 for purchase of two (2) $500 MasterCard gift cards and additional items at Fred Meyer in the District of Idaho.

On or about February 3, 2014, defendant MATHEW LANE caused a wire transfer of $2529.75 for purchase of four (5) $500 American Express gift cards at Fred Meyer in the District of Idaho.

### Use of Interstate Wire Transmissions

On or about the respective dates shown below, in the District of Idaho and elsewhere, defendant MATHEW LANE, for the purpose of executing, or attempting to execute, the scheme described above, caused to be transmitted by means of wire communications in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate offense and count of this Indictment:

| Count | Related Charge | Date/Time | Credit Card # | Victim Bank |
| --- | --- | --- | --- | --- |
| 209 | 200 | 2/3/14, 14:16 | 2907 | UOB |
| 210 | 205 | 2/3/14, 15:50 | 8855 | UOB |
| 211 | 206 | 2/3/14, 16:51 | 1339 | UOB |
| 212 | 207 | 2/3/14, 15:53 | 1551 | UOB |

The "Victim Bank" abbreviations refer to: United Overseas Bank ("UOB").

All in violation of Title 18, United States Code, Section 1343.

### COUNT THREE HUNDRED
### DEFENDANTS BRANDT STEWART, MYRON PARDON, MATTHEW LANE

**Conspiracy to Launder Money**
**18 U.S.C. § 1956(h)**

The allegations set forth in Counts One through One Hundred Twelve of this Indictment are hereby realleged as if fully set forth herein.

INDICTMENT - 16

### The Conspiracy

From on or about December 2013 to on or about February 2014, in the District of Idaho and elsewhere, defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and (a) with the intent to promote the carrying on of such specified unlawful activity, contrary to Title 18, United States Code, Sections 1956(a)(1)(A)(i), and (b) knowing that the transactions were designed in whole and in part to conceal and/or disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(1)(B)(i), knowingly conspired and agreed with other co-conspirators both known and unknown to conduct financial transactions affecting interstate and foreign commerce, which financial transactions involved the proceeds of specified unlawful activity, namely, identity theft, contrary to Title 18, United States Code, Section 1029.

### Object of the Conspiracy

It was an object of the conspiracy for defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, to use a portion of the proceeds of the identity fraud scheme to purchase merchandise, other gift cards, and to assure the continued operation of the scheme.

It was further an object of the conspiracy for defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, to engage in financial transactions with the proceeds of the identity fraud scheme in order to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such scheme.

## Manner and Means of the Conspiracy

It was part of the conspiracy to defraud that, after defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown, fraudulently obtained credit card information; and the defendants would target specific retail stores to purchase gift cards. Fraudulent drivers licenses and/or fictitious names were used by MYRON PARDON, BRANDT STEWART, and MATTHEW LANE, and co-conspirators both known and unknown to purchase the gift cards to conceal their identities. These gift cards could then be used at any retail location which accepted gift cards, to purchase assets or the gift cards could be sold for cash. These gift cards do not require presentation of any identification to be used or transferred.

All in violation of Title 18, United States Code, Section 1956(h).

## CRIMINAL FORFEITURE ALLEGATIONS
## DEFENDANTS BRANDT STEWART, MYRON PARDON, MATTHEW LANE

### Fraud Forfeiture
### 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C)

As a result of the violations of 18 U.S.C. § 1029(a)(1), as charged in this Indictment, the defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses; and, pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the charged offenses, including, but not limited to, the following:

A.   Cash Proceeds: At least $46,456.08 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted or was derived from proceeds of the charged offenses, or property used or intended to be used to

INDICTMENT - 18

commit such offenses, and was subsequently expended, spent, distributed or otherwise disposed of by the defendants, and as to which the defendants are jointly and severally liable.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c).

### Wire Fraud Forfeiture
### 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

As a result of the violations of 18 U.S.C. § 1343, as charged in this Indictment, the defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any and all property, real and personal, which constitutes or is derived from proceeds traceable to the charged offenses, and as to which the defendants are jointly and severally liable.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

### Money Laundering Forfeiture
### 18 U.S.C. § 982(a)(1)

As a result of the violations of 18 U.S.C. § 1956, as charged in this Indictment, the defendants MYRON PARDON, BRANDT STEWART, and MATTHEW LANE shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any and all property, real and personal, involved in said violations, and any property traceable to such property, and as to which property the said defendants are jointly and severally liable.

All pursuant to Title 18, United States Code, Section 982(a)(1).

### Substitute Assets as To All Forfeiture Allegations

If any of the properties and interests described above as being subject to forfeiture, as a result of any action or omission of the defendants above named:

INDICTMENT - 19

1.  cannot be located upon the exercise of due diligence;
2.  has been transferred or sold to, or deposited with, a third person;
3.  has been placed beyond the jurisdiction of the court;
4.  has been substantially diminished in value; or
5.  has been commingled with other property which cannot be subdivided without difficulty;

It is the intention of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 1029(c)(2) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the said defendants up to the value of the forfeitable properties and interests herein. "Other properties" may include property not otherwise forfeitable, pursuant to 21 U.S.C. § 853, as to which the defendants are jointly and severally liable.

Dated this 9th day of April, 2014.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____
MARC HAWS
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 20